# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-1255** **September Term, 2026**

**DOE-202-26-31**
**DOE-202-26-31A**

**Filed On: October 5, 2026** **[2196313]**

State of Colorado,

Petitioner

v.

United States Department of Energy and Chris Wright, Administrator, United States Department of Energy,

Respondents

------------------------------

Consolidated with 26-1256, 26-1273

**O R D E R**

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioners in case No.26-1273 are directed to file the following documents by the indicated date:

| | |
|---|---|
| Docketing Statement Form | November 4, 2026 |
| Statement of Issues to be Raised | November 4, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Elbert B.J. Lestrade
Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form